IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DANIEL T. JONES, | : | |
| | : | DOCKET NO.: 18-12593-JKF |
| <u>             DEBTOR             </u> | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | JULY 25, 2018, at 9:30 A.M. |
| v. | : | |
| | : | |
| DANIEL T. JONES, | : | |
| | : | RELATED TO DOCKET NO.: <u>22</u> |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S AMENDED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading, Objection to Amended Chapter 13 Plan, on the parties at the below addresses, on July 17, 2018, by:

**18-12593-JKF Notice will be electronically mailed to:**

Mark A. Berenato at mark@berenatolawfirm.com

Frederick L. Reigle at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

**18-12593-JKF Notice will not be electronically mailed to:**

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541

EXECUTED ON:  July 20, 2018

                                              Respectfully submitted by,

By:    /s/ Joseph J. Swartz
          Counsel
          PA Department of Revenue
          Office of Chief Counsel
          P.O. Box 281061
          Harrisburg, PA 17128-1061
          PA Attorney I.D.:  309233
          Phone: (717) 346-4645
          Facsimile: (717) 772-1459
          JoseSwartz@pa.gov