# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel T. Jones<br><br>    Debtor<br><br>LoanDepot.com LLC<br><br>    Movant<br><br>  vs.<br><br>Daniel T. Jones<br><br>    Respondent | CHAPTER 13<br><br><br>NO. 18-12593 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection of LoanDepot.com LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about June 15, 2018 (Document No. 17).

          Respectfully submitted,

          **/s/ Rebecca A. Solarz, Esquire**
          Rebecca A. Solarz, Esquire
          Attorney for Movant
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA  19106
          215-627-1322

July 24, 2018