UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

DANIEL T JONES

                                                      : Bankruptcy No. 18-12593JKF
    Debtor(s)                              : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon* (signature)

Jean K. FitzSimon, B. J.

**Date: September 27, 2018**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MARK A BERENATO ESQ
P O BOX 167
MENDENHALL PA 19357-

DANIEL T  JONES
502 URBAN AVENUE
GLENOLDEN,PA.19036