United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-12593-jkf
Daniel T. Jones                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP            Page 1 of 2            Date Rcvd: Sep 27, 2018
                              Form ID: pdf900        Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
```
db              +Daniel T. Jones,    502 Urban Avenue,    Glenolden, PA 19036-2429
14093304        +First Premier Bank,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
14123952        +LoanDepot.com LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Sep 28 2018 02:30:16     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 28 2018 02:30:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2018 02:25:21     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14125059         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2018 02:36:53
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14093300        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 28 2018 02:25:54     Capital One Bank,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
14093298        +E-mail/PDF: creditonebknotifications@resurgent.com Sep 28 2018 02:26:36     Credit One Bank,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
14093302        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2018 02:36:52     LVNV Funding LLC,
                 P.O. Box 1269,    Greenville, SC 29602-1269
14129433         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2018 02:26:37     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P O Box 10675,    Greenville, SC 29603-0675
14105820        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2018 02:29:59     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14093301        +E-mail/PDF: bankruptcydpt@mcmcg.com Sep 28 2018 02:29:59     Midland Funding LLC,
                 2365 Northside Drive 300,    San Diego, CA 92108-2709
14094011        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2018 02:25:55
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14125448         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2018 02:29:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14126123        +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 28 2018 02:30:03     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14121336         E-mail/Text: bnc-quantum@quantum3group.com Sep 28 2018 02:29:41
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14093299        +E-mail/PDF: cbp@onemainfinancial.com Sep 28 2018 02:25:18     Springleaf Financial Srv.,
                 519 Baltimore Pike,    Springfield, PA 19064-3811
14093303        +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2018 02:25:21     Syncb/PayPalSmartConn,
                 P.O. Box 965005,    Orlando, FL 32896-5005
                                                                                                TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: PaulP              Page 2 of 2                   Date Rcvd: Sep 27, 2018
                               Form ID: pdf900          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:

```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              MARK A. BERENATO    on behalf of Debtor Daniel T. Jones mark@berenatolawfirm.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LoanDepot.com LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

DANIEL T   JONES

                                                                        : Bankruptcy No. 18-12593JKF
          Debtor(s)                                                    : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: September 27, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MARK A BERENATO ESQ
P O BOX 167
MENDENHALL PA 19357-

DANIEL T   JONES
502 URBAN AVENUE
GLENOLDEN,PA.19036